UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICKY ESCOBEDO §<br>#89282-380 §<br>    Movant, §<br> §<br>v. §<br> §<br>UNITED STATES OF AMERICA, §<br> §<br>    Respondent. § | §<br>§<br>§<br>§<br>SA-24-CV-169-XR<br>SA-17-CR-391-XR-10<br>§<br>§<br>§ |

**ORDER**

    Before the Court is Ricky Escobedo's self-styled "Motion for Relief Under Rule 11(E)." (ECF No. 2674). In 2019, a jury convicted Escobedo and co-defendant Robert Eugene Hernandez of crimes related to their involvement in the drug distribution and racketeering activities of the Texas Mexican Mafia. The Court sentenced Escobedo to a total term of imprisonment of 300 months, a total five-year term of supervised release, and a $600.00 special monetary assessment. Escobedo appealed his convictions, and the Fifth Circuit Court of Appeals affirmed this Court's judgment.

    On September 17, 2024, this Court denied Escobedo's *pro se* motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Escobedo's appeal of the denial of his § 2255 motion is currently pending in the Fifth Circuit Court of Appeals. On December 2, 2024, Escobedo filed the pending "Motion for Relief Under Rule 11(E)." Escobedo states that he completed a transcript order pursuant to FED. R. APP. P. 10, however, the court reporter denied his request for certain sealed transcripts. Escobedo asks this Court to unseal the requested transcripts or hold a hearing on the matter.

The transcripts in this case remain sealed pursuant to a sealed protective order. However, the transcripts Escobedo requests are already filed and will be included in the record that will be transmitted to the Fifth Circuit in connection with his appeal.

It is therefore **ORDERED** that Escobedo's "Motion for Relief under Rule 11(E)" (ECF No. 2674) is **DENIED**.

It is so **ORDERED**.

**SIGNED** this 9th day of December, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE